# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WATER ISLAND MERGER ARBITRAGE INSTITUTIONAL COMMINGLED MASTER FUND, LP, GLAZER CAPITAL MANAGEMENT, L.P., GLAZER ENHANCED FUND L.P., GLAZER ENHANCED OFFSHORE FUND, LTD., GLAZER INDEX PLUS FUND, LTD., AND HIGHMARK LTD., IN RESPECT TO ITS SEGREGATED ACCOUNT HIGHMARK MULTI-STRATEGY 2, on behalf of themselves and all others similarly situated,<br><br>            Plaintiffs,<br><br>    v.<br><br>CORNERSTONE BUILDING BRANDS, INC.; CLAYTON, DUBILIER & RICE, LLC; CD&R PISCES HOLDINGS, L.P. CLAYTON, DUBILIER & RICE FUND VIII, L.P.; CD&R FRIENDS & FAMILY FUND VIII, L.P.; GEORGE L. BALL; GARY L. FORBES; JOHN J. HOLLAND; WILLIAM E. JACKSON; WILBERT W. JAMES JR.; DANIEL JANKI; JOHN KRENICKI, JR.; ROSE LEE; JUDITH REINSDORF; and JEFFREY S. LEE, NATHAN K. SLEEPER, and KATHLEEN AFFELDT,<br><br>            Defendants. | Case No. 1:23-cv-00701-JLH |

## JOINT STIPULATION AND [PROPOSED] ORDER

Lead Plaintiffs Glazer Capital Management, L.P., Glazer Enhanced Fund L.P., Glazer Enhanced Offshore Fund, Ltd., Glazer Index Plus Fund, Ltd., and

Highmark Ltd., in respect to its Segregated Account Highmark Multi-Strategy 2 (collectively the "Glazer Funds" and "Lead Plaintiffs"), additional class representatives the Water Island Merger Arbitrage Institutional Commingled Master Fund, LP together with Water Island Event-Driven Fund, The Arbitrage Fund and iMGP Alternative Strategies Fund (collectively, the "Water Island Funds"), and Defendants Cornerstone Building Brands, Inc.; Clayton Dubilier & Rice, LLC; CD&R Pisces Holdings, L.P.; Clayton Dubilier & Rice Fund VIII, L.P.; CD&R Friends & Family Fund VIII, L.P.; George L. Ball; Gary L. Forbes; John J. Holland; William E. Jackson; Wilbert W. James Jr.; Daniel Janki; John Krenicki Jr.; Rose Lee; Judith Reinsdorf; Jeffrey S. Lee; Nathan K. Sleeper; and Kathleen Affeldt, (collectively, "Defendants" and, together with Lead Plaintiffs and the Water Island Funds, the "Parties"), hereby stipulate and agree as follows:

WHEREAS, on December 8, 2023, Defendants moved the Court for (i) an order dismissing the Amended Complaint pursuant to Federal Rules of Civil Procedure 9(b) and 12(b)(6) (the "Motion to Dismiss") (ECF No. 36) and (ii) to stay proceedings in the alternative (the "Motion to Stay") (ECF No. 38);

WHEREAS, on September 30, 2024, the Court filed a Memorandum Order granting Defendants' Motion to Dismiss and granting leave for Lead Plaintiffs to amend their Amended Complaint (ECF No. 58);

WHEREAS, on October 15, 2024, Lead Plaintiffs and the Water Island

Funds filed a second amended putative class action complaint (the "Second Amended Complaint") alleging claims under Sections 14(a) and 20(a) of the Securities Exchange Act of 1934 (ECF No. 59);

WHEREAS, on October 25, 2024, the Court So-Ordered a stipulation among the parties which set the schedule for the filing of any motion(s) to dismiss the Second Amended Complaint as follows: motion(s) due by November 26, 2024; opposition(s) to such motion(s) due by January 9, 2025; and replies to such opposition(s) due by January 29, 2025 (ECF No. 61);

WHEREAS, on November 26, 2024, Defendants moved the Court (i) for an order dismissing the Second Amended Complaint pursuant to Federal Rules of Civil Procedure 9(b) and 12(b)(6) (the "Motion to Dismiss") (ECF No. 63) and (ii) to stay proceedings in the alternative (the "Motion to Stay" and, together with the Motion to Dismiss, the "Motions") (ECF No. 64);

WHEREAS, the Parties agree that the Motions should be briefed on the same schedule;

**NOW, THEREFORE,** the Parties, through their undersigned counsel and subject to the Court's approval, stipulate and agree to the following:

1. Lead Plaintiffs shall file their oppositions to the Motions by January 9, 2025; and

2. Defendants shall file any replies to the oppositions to the Motions filed by Lead Plaintiffs by January 29, 2025.

3

Dated: December 4, 2024

| | |
|---|---|
| *Of Counsel*: | GRANT & EISENHOFER P.A. |
| | |
| | */s/ Christine M. Mackintosh* |
| Daniel L. Berger | Christine M. Mackintosh (Bar No. 5085) |
| Caitlin M. Moyna | 123 Justison Street |
| Cecilia E. Stein | Wilmington, Delaware 19801 |
| Mica A. Cocco | (302) 622-7081 |
| GRANT & EISENHOFER P.A. | cmackintosh@gelaw.com |
| 485 Lexington Avenue | |
| New York, New York 10017 | *Delaware Counsel for the Class* |
| (646) 722-8500 | |
| dberger@gelaw.com | |
| cmoyna@gelaw.com | Vincent R. Cappucci |
| cstein@gelaw.com | Jonathan H. Beemer |
| mcocco@gelaw.com | Jessica A. Margulis |
| | ENTWISTLE & CAPPUCCI LLP |
| | 230 Park Avenue, 3rd Floor |
| Jeffrey S. Abraham | New York, New York 10169 |
| Michael J. Klein | (212) 894-7200 |
| ABRAHAM, FRUCHTER & | vcappucci@entwistle-law.com |
| TWERSKY, LLP | rcappucci@entwistle-law.com |
| 450 Seventh Avenue, 38th Floor | jmargulis@entwistle-law.com |
| New York, New York 10123 | |
| (212) 279-5050 | *Counsel for the Water Island Funds and* |
| jabraham@aftlaw.com | *Member of Plaintiffs' Executive* |
| mklein@aftlaw.com | *Committee* |

*Lead Counsel for the Proposed Class*

4

| | |
|---|---|
| | ROSS ARONSTAM & MORITZ LLP |
| *Of Counsel*: | */s/ Garrett B. Moritz*<br>Garrett B. Moritz (Bar No. 5646) |
| Matthew Solum, P.C.<br>Jeffrey R. Goldfine<br>Mike Rusie<br>Joseph Taglienti<br>KIRKLAND & ELLIS LLP<br>601 Lexington Avenue<br>New York, New York 10022<br>(212) 446-4800<br>msolum@kirkland.com<br>jeffrey.goldfine@kirkland.com<br>mike.rusie@kirkland.com<br>joseph.taglienti@kirkland.com | Eric D. Selden (Bar No. 4911)<br>1313 North Market Street, Suite 1001<br>Wilmington, Delaware 19801<br>(302) 576-1600<br>gmoritz@ramllp.com<br>eselden@ramllp.com<br><br>*Counsel for Defendants Cornerstone Building Brands, Inc.; Clayton Dubilier & Rice, LLC; CD&R Pisces Holdings, L.P.; Clayton Dubilier & Rice Fund VIII, L.P.; CD&R Friends & Family Fund VIII, L.P.; George L. Ball; Gary L. Forbes; John J. Holland; William E. Jackson; Wilbert W. James Jr.; Daniel Janki; John Krenicki Jr.; Rose Lee; Judith Reinsdorf; Jeffrey S. Lee; Nathan K. Sleeper; and Kathleen Affeldt* |

SO ORDERED this _____ day of _____, 2024:

_____
The Honorable Jennifer L. Hall
United States District Judge

5