# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WATER ISLAND MERGER ARBITRAGE INSTITUTIONAL COMMINGLED MASTER FUND, LP, GLAZER CAPITAL MANAGEMENT, L.P., GLAZER ENHANCED FUND L.P., GLAZER ENHANCED OFFSHORE FUND, LTD., GLAZER INDEX PLUS FUND, LTD., AND HIGHMARK LTD., IN RESPECT TO ITS SEGREGATED ACCOUNT HIGHMARK MULTI-STRATEGY 2, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> CORNERSTONE BUILDING BRANDS, INC.; CLAYTON, DUBILIER & RICE, LLC; CD&R PISCES HOLDINGS, L.P. CLAYTON, DUBILIER & RICE FUND VIII, L.P.; CD&R FRIENDS & FAMILY FUND VIII, L.P.; GEORGE L. BALL; GARY L. FORBES; JOHN J. HOLLAND; WILLIAM E. JACKSON; WILBERT W. JAMES JR.; DANIEL JANKI; JOHN KRENICKI, JR.; ROSE LEE; JUDITH REINSDORF; and JEFFREY S. LEE, NATHAN K. SLEEPER, and KATHLEEN AFFELDT, <br><br> Defendants. | C.A. No. 23-701-JLH |

## JOINT STIPULATION AND [PROPOSED] ORDER OF DISMISSAL

Lead Plaintiffs Glazer Capital Management, L.P., Glazer Enhanced Fund L.P., Glazer Enhanced Offshore Fund, Ltd., Glazer Index Plus Fund, Ltd., and Highmark Ltd., in respect to its Segregated Account Highmark Multi-Strategy 2 (collectively the "Glazer Funds" and "Lead Plaintiffs") and additional class representatives the Water Island Merger Arbitrage Institutional Commingled Master Fund, LP together with Water Island Event-Driven Fund, The Arbitrage Fund and iMGP Alternative Strategies Fund (collectively, the "Water Island Funds") and Defendants

Cornerstone Building Brands, Inc.; Clayton Dubilier & Rice, LLC; CD&R Pisces Holdings, L.P.; Clayton Dubilier & Rice Fund VIII, L.P.; CD&R Friends & Family Fund VIII, L.P.; George L. Ball; Gary L. Forbes; John J. Holland; William E. Jackson; Wilbert W. James Jr.; Daniel Janki; John Krenicki Jr.; Rose Lee; Judith Reinsdorf; Jeffrey S. Lee; Nathan K. Sleeper; and Kathleen Affeldt, (collectively, "Defendants" and with Lead Plaintiffs and the Water Island Funds, the "Parties"), hereby stipulate and agree as follows:

WHEREAS, on June 27, 2023, the Water Island Funds filed a putative class action complaint (the "Complaint") alleging claims under Sections 14(a) and 20(a) of Exchange Act of 1934, 15 U.S.C §§ 78n(a), 78t(a), and Rule 14a-9 promulgated thereunder, D.I. 1;

WHEREAS, on August 3, 2023, in a matter captioned *In re Cornerstone Building Brands, Inc. S'holder Litig.*, C.A. No. 2023-0092-JTL (the "Chancery Action"), the Delaware Court of Chancery certified a "non-opt-out class consisting of: all record and beneficial holders of the Company who received the Transaction Consideration in exchange for their Company shares, excluding Defendants and anyone who was a director or officer of the Company at the time that the sale of the Transaction," D.I. 5-1;

WHEREAS, on September 11, 2023, the Court granted Lead Plaintiffs' motion for an order (i) appointing the Glazer Funds as Lead Plaintiffs, (ii) appointing the Water Island Funds as proposed additional class representatives, and (iii) approving Lead Plaintiffs' selection of counsel as Lead Counsel for the Class for the putative class, D.I. 13;

WHEREAS, on October 27, 2023, Lead Plaintiffs filed an Amended Class Action Complaint (the "Amended Complaint"), D.I. 33;

WHEREAS, on December 8, 2023, Defendants moved to dismiss the Amended Complaint, D.I. 36;

WHEREAS, after briefing on Defendants' motion to dismiss, on September 30, 2024, the Court granted the motion and dismissed the Amended Complaint without prejudice, D.I. 58;

WHEREAS, on October 15, 2024, Plaintiffs filed the Second Amended Class Action Complaint (the "Second Amended Complaint"), D.I. 59;

WHEREAS, on November 26, 2024, Defendants moved to dismiss the Second Amended Complaint, D.I. 68;

WHEREAS, on January 9, 2025, the parties to the Chancery Action executed a term sheet reflecting the parties' agreement to settle the Chancery Action subject to the negotiation and execution of mutually agreeable settlement documentation;

WHEREAS, on February 4, 2025, Defendants informed Lead Plaintiffs that they anticipated the release in the Chancery settlement would extinguish all claims in this action;

WHEREAS, on February 24, 2025, Defendants publicly filed a Stipulation and Agreement of Settlement, Compromise, and Release in the Chancery Action (the "Chancery Settlement");

WHEREAS, the Chancery Settlement defines the settlement "Class" as "a non-opt-out class consisting of all record holders and beneficial owners of shares of Cornerstone common stock who received $24.65 per share in cash at the closing of the take-private transaction between Cornerstone and CD&R on July 25, 2022 . . . in exchange for their Company shares, including their heirs, successors in interest, successors, transferees, and assigns, but excluding the Excluded Persons" and a "Class Member" as a member of the Class;

WHEREAS, the release in the Chancery Settlement released "any and all Claims, including Unknown Claims, that the Released Plaintiff Parties or any other Class Member (i) asserted in the Action; or (ii) could have asserted in the Action or any forum that arise out of, are based upon, or relate to (A) the allegations, transactions, facts, events, matters, occurrences, disclosures,

3

representations, or omissions involved, set forth, or referred to in any of the complaints filed in the Action and (B) the Transaction or any other disclosures relating to or concerning the Transaction";

WHEREAS, the Chancery Settlement released Lead Plaintiffs' claims;

WHEREAS, Lead Plaintiffs did not object to the Chancery Settlement; and

WHEREAS, on May 29, 2025, the Court of Chancery approved the Chancery Settlement.

**NOW, THEREFORE,** the Parties, through their undersigned counsel and subject to the Court's approval, stipulate and agree to the following:

1. The Second Amended Complaint is dismissed with prejudice.
2. Each Party shall bear its own attorneys' fees and costs.

Dated: June 23, 2025

*Of Counsel*:

Daniel L. Berger
Caitlin M. Moyna
Cecilia Stein
Mica A. Cocco
GRANT & EISENHOFER P.A.
485 Lexington Avenue
New York, New York 10017
(646) 722-8500
dberger@gelaw.com
cmoyna@gelaw.com
cstein@gelaw.com
mcocco@gelaw.com


Jeffrey S. Abraham
Michael J. Klein
ABRAHAM, FRUCHTER &
TWERSKY, LLP
450 Seventh Avenue, 38th Floor
New York, New York 10123
(212) 279-5050
jabraham@aftlaw.com   mklein@aftlaw.com

*Lead Counsel for the Proposed Class*

GRANT & EISENHOFER P.A.

*/s/ Christine M. Mackintosh*
Christine M. Mackintosh (Bar No. 5085)
123 Justison Street
Wilmington, Delaware 19801
(302) 622-7081
cmackintosh@gelaw.com

*Delaware Counsel for the Class*


Vincent R. Cappucci
Jonathan H. Beemer
Jessica A. Margulis
ENTWISTLE & CAPPUCCI LLP
230 Park Avenue, 3rd Floor
New York, New York 10169
(212) 894-7200
vcappucci@entwistle-law.com
rcappucci@entwistle-law.com
jmargulis@entwistle-law.com

*Counsel for the Water Island Funds and Member of Plaintiffs' Executive Committee*

5

|  |  |
|---|---|
| *Of Counsel:* | ROSS ARONSTAM & MORITZ LLP |
|  | */s/ Eric D. Selden* |
| Jeffrey R. Goldfine | Garrett B. Moritz (Bar No. 5646) |
| Mike Rusie | Eric D. Selden (Bar No. 4911) |
| KIRKLAND & ELLIS LLP | Hercules Building |
| 601 Lexington Avenue | 1313 North Market Street, Suite 1001 |
| New York, New York 10022 | Wilmington, Delaware 19801 |
| (212) 446-4800 | (302) 576-1600 |
| jeffrey.goldfine@kirkland.com | gmoritz@ramllp.com |
| mike.rusie@kirkland.com | eselden@ramllp.com |

*Counsel for Defendants Cornerstone Building Brands, Inc.; Clayton Dubilier & Rice, LLC; CD&R Pisces Holdings, L.P.; Clayton Dubilier & Rice Fund VIII, L.P.; CD&R Friends & Family Fund VIII, L.P.; George L. Ball; Gary L. Forbes; John J. Holland; William E. Jackson; Wilbert W. James Jr.; Daniel Janki; John Krenicki Jr.; Rose Lee; Judith Reinsdorf; Jeffrey S. Lee; Nathan K. Sleeper; and Kathleen Affeldt*

IT IS SO ORDERED this 24th day of June, 2025.

_____
The Honorable Jennifer L. Hall
United States District Judge

6